## GENERAL COURT, OCTOBER TERM, 1803.

### RIDGELY *vs.* CAMPBELL.

*Notwithstanding notice of trial, a continuance of the action will be granted to the defendant on suggestion of the existence of a bill in chancery by him against the plaintiff, for a discovery of facts material in the trial of the action, and that due diligence had been used to obtain the plaintiff's answer*

THIS was an action of *assumpsit*, brought to *May* term 1802, and continued from the last term *under notice of trial*, and being now called, the plaintiff's counsel insisting upon a trial,

*Key* and *Shaaff*, for the Defendant, moved for a continuance.

They stated, that a bill had been filed in chancery by the defendant against the plaintiff, for a discovery of certain facts material in the trial of this case. That due diligence had been used by the defendant to obtain the plaintiff's answer to that bill, but that it had not been obtained. They cited the case of *M'Mechen vs. M'Laughlin's* executor, (*4 Harr. & M'Hen.* 166,) where this court, upon a similar motion and suggestion, continued the cause.

*Martin,* (Attorney General,) *Ridgely* and *Moale,* for the Plaintiff.

THE COURT. Let the cause be continued.